# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HUDLETON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-cv-01646-LJO-SMS<br><br>**ORDER TO SHOW CAUSE<br>WHY THIS CASE SHOULD NOT<br>BE TRANSFERRED<br>FOR IMPROPER VENUE** |

    On September 28, 2011, Plaintiff filed the above-captioned action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. In her complaint, Plaintiff alleges that because she is a resident of Fresno County, venue is proper in the Fresno Division of the U.S. District Court for the Eastern District of California. The Court finds nothing in the record, however, that indicates Plaintiff currently resides in Fresno County or in a county that is within the Fresno Division. To the contrary, various documents in the administrative record, such as the notice of the Appeals Council's July 28, 2011 denial of review, were sent to Plaintiff in Stockton, California, which is in San Joaquin County. AR 2. San Joaquin County cases are properly venued before the Sacramento Division of the Eastern District.

    Federal law is clear on the issue of venue: a claimant aggrieved by the Commissioner's administrative decision must file suit in the judicial district in which he or she resides or has a

principal place of business. 42 U.S.C. § 405(g). If a claimant files in the wrong district, the Court may transfer venue to the proper district. Because the evidence contained in the Administrative Record does not comport with the Civil Cover Sheet that Plaintiff submitted as to her place of residence, Plaintiff shall file a declaration under penalty of perjury setting forth her address at the time she filed her complaint and her current address, to the extent it has changed since September 28, 2011, including as numbered appendices documentary evidence sufficient to support her declaration. To the extent Plaintiff's place of residence is not within the Eastern District of California or within the Fresno division of the Eastern District, Plaintiff must also show cause why this case should not be transferred to the appropriate district court or division.

      Accordingly, IT IS HEREBY ORDERED that **on or before January 4, 2013**:

1. Plaintiff shall file a declaration signed under penalty of perjury setting forth her place of residence at the time she filed the complaint in this matter and her current residential address, to the extent it has changed since September 28, 2011; and
2. To the extent Plaintiff's place of residence is not within the Eastern District or within the counties of the Fresno Division of the Eastern District, Plaintiff shall show cause why this case should not be transferred to the appropriate district or division.

IT IS SO ORDERED.

Dated:   December 20, 2012              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE